IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| CHARLES WAYNE POU, | ) | |
| Petitioner | ) | Case No. 1:19-cv-00346 |
| vs. | ) | |
| | ) | RICHARD A. LANZILLO |
| SUPERINTENDENT SCI FOREST, ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, and DISTRICT ATTORNEY OF ERIE COUNTY, | ) | UNITED STATES MAGISTRATE JUDGE<br><br>ORDER ON PETITION FOR WRIT OF HABEAS CORPUS [ECF No. 3] |
| Respondents | ) | |

ORDER

AND NOW, this 29th day of November, 2021, for the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED that:

(1) Charles Wayne Pou's request for habeas relief is GRANTED;

(2) The execution of the writ of habeas corpus is STAYED for 180 days from the date of this Order, within which time the Commonwealth of Pennsylvania must commence a new trial;

(3) If the Commonwealth does not commence a new trial within 180 days, the writ shall issue and the Superintendent Respondent shall release Pou from custody on the judgment of sentence imposed by the Court of Common Pleas of Erie County at CP-25-CR-00002742-2013.

_____
RICHARD A. LANZILLO
United States Magistrate Judge