IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES WAYNE POU<br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT SCI FOREST, et al.,<br>Respondents. | ) Case No. 1:19-cv-346 Erie<br>)<br>) Magistrate Judge Richard A. Lanzillo<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this 28th day of July, 2022, upon receipt of Respondent District Attorney of Erie County's Request and for its reasons set therein, IT IS HEREBY ORDERED that

(1) The execution of the writ conditionally scheduled for July 31, 2022 is STAYED until October 31, 2022;

(2) Respondent shall commence a new trial regarding Petitioner and Erie County Court of Common Pleas Number CP-25-CR-00002742-2013 on or before October 31, 2022;

(3) If Respondent does not commence a new trial on or prior to October 31, 2022, the writ shall issue and the Superintendent Respondent shall release Petitioner from custody on the judgment of sentence imposed by the Erie County Court of Common Pleas at Number CP-25-CR-00002742-2013.

Richard A. Lanzillo
United States Magistrate Judge